**UNITED STATES of America, v. R. R. ADAMSON (also Known as Rhoda Rindge Adamson).**

No. 9398.

Circuit Court of Appeals, Ninth Circuit.

Dec. 18, 1939.

Ben Harrison, U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, both of Los Angeles, Cal., for appellant.

Joseph D. Brady, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America, Plaintiff-Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Defendant-Appellee.**

No. 7024.

Circuit Court of Appeals, Third Circuit.

Nov. 27, 1939.

John J. Quinn, U. S. Atty., and Thorn Lord, Asst. U. S. Atty., both of Trenton, N. J., for appellant.

John A. Laird, of Newark, N. J., for appellee.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

This appeal is without merit. See United States v. Lehigh Valley R. Co., 3 Cir., 204 F. 705. The Government failed to prove its case. In this connection we note that the suit was instituted on February 7, 1933, but was not tried until November 23, 1938, over five and a half years later.

Affirmed.

**UNITED STATES of America, Appellant, v. James E. EUBANKS.**

No. 11613.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1939.

Charles L. Chalender, Atty., Department of Justice, and Maurice M. Milligan, U. S. Atty., both of Kansas City, Mo., for appellant.

L. Wayne Eubanks, of Monett, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and stipulation of parties.